# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  _____

(To be supplied by the court)

MR. ELBERT GIFFORD III _____ , Plaintiff

v.

a/w HOLTZAPEL _____ ,

"COVID NURSE" HENDRICKS _____ ,

C/O MOSES _____ ,

C/O GLASS _____ , Defendant(s).

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

**DEC 21 2020**

**JEFFREY P. COLWELL**
**CLERK**

_____

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mr. ELBERT GIFFORD II #32028-013 FEDERAL CORRECTIONAL INSTITUTION
(Name, prisoner identification number, and complete mailing address)

FLORENCE P.O.BOX 6000 FLORENCE, CO 81226
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_   Pretrial detainee
\_\_\_\_   Civilly committed detainee
\_\_\_\_   Immigration detainee
\_\_\_\_   Convicted and sentenced state prisoner
✓   Convicted and sentenced federal prisoner
\_\_\_\_   Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   MR HOLTZAPEL ASSISTANT WARDEN F.C.I FLORENCE
(Name, job title, and complete mailing address)

P.O.BOX 6000 FLORENCE, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes \_\_\_ No (*check one*).  Briefly explain:

" ASSISTANT WARDEN"- RESPONSIBLE FOR THE SAFETY

AGAINST CRUEL AND UNUSAL PUNISHMENT

Defendant 1 is being sued in his/her HIS (individual) and/or INDIVIDUAL official capacity.

Defendant 2: MS HENDRICKS "COVID NURSE" F.C.I FLORENCE
(Name, job title, and complete mailing address)

P.O. BOX 6000 FLORENCE, Co 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

"COVID NURSE" - RESPONSIBLE FOR PROPER

PROCEDURES OF COVID-19

Defendant 2 is being sued in his/her HER individual and/or INDIVIDUAL official capacity.

Defendant 3: MR. GLASS CORRECTIONS OFFICER F.C.I FLORENCE
(Name, job title, and complete mailing address)

P.O. BOX 6000 FLORENCE, Co 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

"CORRECTIONS OFFICER" - RESPONSIBLE FOR THE PROPER

CARE OF PROCEDURE AND INMATE SAFETY

Defendant 3 is being sued in his/her HIS individual and/or INDIVIDUAL official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓    42 U.S.C. § 1983 (state, county, and municipal defendants)

✓    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___    Other: (*please identify*) _____

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: CRUEL AND UNUSUAL PUNISHMENT-UNDER 8TH AMENDMENT

Supporting facts: I WAS TAKEN OUT OF POPULATION ON OCT 17, 2020 PER a/w HOLTZAPEL AGAINST THE RECOMMENDATIONS OF MEDICAL STAFF BECAUSE a CELLMATE SAID HE HAD COVID-19 SYMPTOMS AND PLACED IN AN OBSERVATION UNIT FOR MONITORING. MEDICALLY I WAS TOLD THIS WAS JUST TO ENSURE MY SAFETY AS WELL AS THE SAFETY OF MY 4 OTHER CELLMATES. HOWEVER WE WERE SENT TO a CONTAMINATED UNIT ACTUALLY EXPOSING US TO COVID-19: IN FACT THE EXACT SAME RANGE WHERE INFECTED INMATES ARE HOUSED. INITIALLY WE WERE NOT ALLOWED TO CLEAN THE CELLS WE WERE PLACED IN. THE NEXT AFTERNOON WE WERE ALLOWED TO CLEAN THE CELLS BUT WITH THE SAME CLEANING SUPPLIES THAT THE INFECTED INMATES USED WITHOUT FIRST HAVING THEM SANITIZED. WHEN WE EXPRESSED OUR CONCERNS WE WERE TOLD THAT WE COULD FORFEIT OUR OPPORTUNITY TO CLEAN, WHEN WE WERE GIVEN SHOWERS WE NOTICED THE SHOWERS HADNT BEEN CLEANED OR SANITIZED AND WHEN WE COMPLAINED TO STAFF AGAIN WE WERE TOLD THAT THEY WERE WAITING FOR APPROVAL FROM a/w HOLTZAPEL TO GET ANOTHER UNIT ORDERLY FURTHER EXPOSING US TO COVID-19. THIS CONTINUED FOR THE DURATION OF US BEING HOUSED IN THE QUARANTINE UNIT. WE ASKED FOR ANY KIND OF LEGAL ACCESS TO ADDRESS OUR CIRCUMSTANCES, AND WERE DENIED REPEATEDLY BY STAFF SAYING WE MUST TALK TO OUR UNIT COUNSELOR WHO CAME BY ONE TIME THE WHOLE 18 DAYS WE WERE UNDER DURESS PROMISING TO RETURN WHICH NEVER HAPPENED. WE WERE TOLD TO TRUST THEM THEY WERE FOLLOWING PROCEDURE TO ENSURE OUR SAFETY HOWEVER WE WERE TOLD WE WERE PLACED IN THE WRONG UNIT, THEY NEVER PROPERLY SANITIZED OR CLEANED SHOWERS, CLEANING SUPPLIES, OR THE PHONES; EVEN GIVING US USED TOILET PAPER AND SHAMPOO. WE KEPT BEING DENIED THE OPPORTUNITY TO UTILIZE THE ADMINISTRATIVE PROCESS BY NEGLECTING COP-OUTS REQUESTING B.P.8's OR ANY KIND OF LEGAL LAW LIBRARY ACCESS. I AM MUSLIM AND DONT EAT PORK AND WAS FED PORK BY C/O GLASS WHO LATER SAID "MY FAULT" I DIDNT READ THE DOOR CARDS WHICH CLEARLY STATES "NO PORK" AGAIN WE TRIED USING ADMINISTRATIVE REMEDY PROCESS WITH NO AVAIL. THEY TOOK THE 5 OF US WHO WERE IN 3 SEPERATE CELLS AND PLACED US IN a 8 MAN CELL ONLY TO HAVE COVID STAFF COME BY THE NEXT DAY AND SAY THEY SHOULD NOT HAVE PLACED US ALL IN a CELL TOGETHER POSSIBLY INFECTING US AGAIN FURTHER EXPOSING US TO COVID-19. THIS INSTITUTION CONTINUES TO SHOW NEGLIGENCE AND VIOLATES MY 8TH AMENDMENT RIGHT TO BE SAFE FROM CRUEL AND UNUSAL PUNISHMENT. WE WERE RELEASED ON NOV. 4 2020 AND ON NOV. 30, 2020 WE WENT ON AN EMERGENCY LOCKDOWN DUE TO a COVID-19 OUTBREAK FURTHER SHOWING THIS INSTITUTION WASNT AND ISNT FOLLOWING PROCEDURE AS WELL AS ITS OBVIOUS NEGLIGENCE AND LACK OF ADHERANCE TO POLICY. WE ARE CONTINUALY DENIED LEGAL ACCESS AND MANY OTHER SERVICES BECAUSE OF a LACK OF STAFF WE ARE TOLD WHICH IS WHY I AM FORCED TO PETETION THE COURT FOR a RESOLVE IN THIS MATTER AND HOLD THIS INSTITUTION ACCOUNTABLE FOR THEIR NEGLIGENCE FOR VIOLATING MY RIGHT TO BE SAFE.

4

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ____ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    LT. JACKSON

Docket number and court:    UNITED STATES DISTRICT COURT
                            1:20-CV-02418-DDD

Claims raised:    CRUEL AND UNUSAL PUNISHMENT

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    STILL PENDING

Reasons for dismissal, if dismissed:    N/a

Result on appeal, if appealed:    N/a

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ____ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ____ No (*check one*)

5

## G.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* THE MAXIMUM PUNITIVE DAMAGES POSSIBLE UNDER LAW AS WELL AS THE MAXIMUM MONETARY CONSEQUENCES TO PREVENT FURTHER OR FUTURE ACTIONS AND TO IMPRESS THE SERIOUSNESS NATURE OF SAID INCIDENT; ALONG WITH A FULL INVESTIGATION INTO THE INSTITUTION MENTIONED WITHIN THIS COMPLAINT.

## H.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

MR. Elbert Milford III #32028-013
_____
(Plaintiff's signature)

12-16-2020
_____
(Date)

(Form Revised December 2017)

6

Case No. 1:20-cv-03743-DDD-MEH   Document 1   filed 12/21/20   USDC Colorado   pg 7 of 7

MR. ELBERT GIFFORD III
#32028-013
FLORENCE
FEDERAL. CORRECTIONAL. INSTITUTION
P.O. BOX 6000
FLORENCE, CO 81226



DENVER CO 802

18 DEC 2020  PM 2  L

{ LEGAL
MAIL }

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM 2105
DENVER, CO 80294-3589

80294-250151